## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHRISTINE DUFFIN, ALANA          :
DUDLEY, APRIL MACLEISH,          :
AND KAREN MORROW on behalf       :     Case No. 1:20-cv-01724-RGA
of themselves individually and all   :
others similarly situated;           :     **COLLECTIVE ACTION**
                                     :
    Plaintiffs,  :     COMPLAINT FOR DAMAGES,
vs.                                  :     INJUCTIVE RELIEF AND
                                     :     RESTITUTION
TRI-GRAM EDUCATION               :
PARTNERS LLC D.B.A.              :
HARRIS SCHOOL OF BUSINESS,      :     JURY DEMAND
                                     :
    Defendants.  :

## PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS, TRI-GRAM EDUCATION PARTNERS, LLC D.B.A HARRIS SCHOOL OF BUSINESS

TO THE CLERK:

Kindly enter default against Defendants, Tri-Gram Education Partners LLC, d/b/a Harris School of Business for failing to respond to Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 55.

                        **THE POLIQUIN FIRM, L.L.C.**

                        /s/ Ronald G. Poliquin
                        RONALD G. POLIQUIN, ESQUIRE
                        Delaware Bar ID No. 4447
                        1475 S. Governors Ave.
                        Dover, DE  19904
                        (302) 702-5501
                        Attorney for Plaintiffs

Filed: March 17, 2021