IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINE DUFFIN, ALANA DUDLEY, APRIL MACLEISH and KAREN MORROW, )<br><br>Plaintiffs, )<br>)<br>v. )<br>) C.A. No. 20-01724-RGA<br>TRI-GRAM EDUCATION PARTNERS LLC, )<br>D.B.A. HARRIS SCHOOL OF BUSINESS, )<br>BERNADETTE REED, and STANFORD )<br>SILVERMAN, )<br><br>Defendants. | |

**STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL OF DEFENDANT BERNADETTE REED**

WHEREAS, on December 18, 2020, Plaintiffs filed suit against Defendants Tri-Gram Education Partners LLC, d.b.a Harris School of Business, Bernadette Reed, and Stanford Silverman.  (D.I. 1.)

WHEREAS, counsel for Plaintiffs and Defendant Bernadette Reed have conferred and believe that dismissal of Defendant Reed is both appropriate and furthers the interests of judicial efficiency;

NOW THEREFORE, it is hereby stipulated and agreed, by and through the undersigned counsel, and subject to approval of the Court, that:

1. Pursuant to Federal Rule of Civil Procedure 41, Defendant Bernadette Reed shall be dismissed without prejudice; and

2. Each party shall bear their own costs and fees for resolution of these claims.

27928701.1

| THE POLIQUIN FIRM, LLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Ronald G. Poliquin* | */s/ Lauren E.M. Russell* |
| Ronald G. Poliquin, Esq. (No. 4447)<br>1475 S. Governor Ave.<br>Dover, DE  19904<br>(302) 702-5001<br><br>*Attorney for Plaintiffs* | Lauren E.M. Russell, Esq. (No. 5366)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 576-3255<br>Facsimile:  (302) 576-3750<br>Email:  lrussell@ycst.com<br><br>*Attorneys for Defendant Bernadette Reed* |

Dated:  April 1, 2021

**IT IS SO ORDERED** this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE

27928701.1