IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINE DUFFIN, et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 20-1724-RGA |
| | : |
| TRI-GRAM EDUCATION PARTNERS, LLC, et al., | : |
| | : |
| Defendants. | : |

**ORDER**

WHEREAS, Plaintiffs have filed a status letter regarding Defendant Tri-Gram Education Partners, LLC and are now requesting the Court to close the case (D.I. 20), which the Court construes as a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(I);

WHEREAS, the other named Defendants are considered terminated from the action either by order of dismissal (D.I. 11), or by order for failing to timely serve (D.I. 18);

NOW THEREFORE, IT IS HEREBY ORDERED, that the Clerk of Court is directed to CLOSE this case.

May 6, 2022  /s/ Richard G. Andrews
Date  United States District Judge